UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| RODRICCO JONES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:11-CV-00006 |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |

## ORDER

The Parties, acting through counsel, having filed with the Clerk a Stipulation For Compromise Settlement and Release of Federal Tort Claims Act Pursuant to 28 U.S.C. § 2677 in the above-referenced action,

**IT IS HEREBY ORDERED** that said notice of dismissal is **APPROVED**, and this civil action is hereby **DISMISSED** with prejudice. Each party shall bear its own costs.

**ORDERED ENTERED** at Augusta, Georgia this 21st day of April, 2011.

_____
J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA